**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **KATHY FOUSE,** | : | |
| **PLAINTIFF,** | : | **CASE NO. C2-04-556** |
| | : | **JUDGE SMITH** |
| v. | | |
| | : | **MAGISTRATE JUDGE KING** |
| | : | |
| **JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POST OFFICE,** | : | |
| | : | |
| **DEFENDANT.** | | |

## JOINT STIPULATION FOR EXTENSION OF TIME

Now comes the Parties, by and through their undersigned Counsel, and hereby stipulate to an extension of time for the discovery deadline and the dispositive motions deadline in the above-captioned matter.  The parties need such due to difficulty scheduling the remaining depositions in this matter.  The current deadline for discovery is July 29, 2005 and the current deadline for dispositive motions is August 30, 2005.  The parties requests a 30-day extension for both deadlines bringing the discovery deadline up to August 29, 2005 and the dispositive motions deadline up to September 30, 2005.  An extension of said deadlines will not affect any other deadline in this matter.

Respectfully Submitted,

| | |
|---|---|
| /s/ Nicholas E. Kennedy | /s/ Christopher R. Yates per tele. authority |
| Nicholas E. Kennedy (0070310) | Christopher R. Yates (0064776) |
| KENNEDY REEVE & KNOLL | Assistant United States Attorney |
| *Attorneys and Counselors at Law* | 303 Marconi Blvd, Suite 200 |
| 98 Hamilton Park | Columbus, Ohio 43215 |
| Columbus, Ohio 43203 | (614) 469-5715 |
| (614) 228-2050 | (614) 469-5240 |
| (614) 228-3320 fax | |
| | Trial Counsel for Defendant |
| Trial Counsel for Plaintiff | |

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Joint Stipulation for Extension of Time was served upon Christopher R. Yates, Assistant United States Attorney at 303 Marconi Blvd., Suite 200, Columbus, Ohio 43215, by ordinary U.S. mail, on this the 27th day of June, 2005.

/s/ Nicholas E. Kennedy
Nicholas E. Kennedy (0070310)
Trial Counsel for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **KATHY FOUSE,** | : | |
| **PLAINTIFF,** | : | **CASE NO. C2-04-556** |
| | : | **JUDGE SMITH** |
| v. | : | **MAGISTRATE JUDGE KING** |
| | : | |
| **JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POST OFFICE,** | : | |
| | : | |
| **DEFENDANT.** | | |

**ENTRY**

The Joint Stipulation for Extension of Time has been GRANTED. The new deadline for discovery will be August 29, 2005 and the new deadline for dispositive motions will be September 30, 2005.

IT IS SO ORDERED.

_____     _____
Date                                                                  Magistrate Judge King

APPROVED BY:

/s/ Nicholas E. Kennedy                     /s/ Christopher R. Yates per tele. authority
Nicholas E. Kennedy (0070310)       Christopher R. Yates (0064776)
KENNEDY REEVE & KNOLL                Assistant United States Attorney
*Attorneys and Counselors at Law*   303 Marconi Blvd, Suite 200
98 Hamilton Park                              Columbus, Ohio 43215
Columbus, Ohio 43203                      (614) 469-5715
(614) 228-2050                                   (614) 469-5240
(614) 228-3320 fax

                                                              Trial Counsel for Defendant

Trial Counsel for Plaintiff