```
                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE SOUTHERN DISTRICT OF OHIO
                              EASTERN DIVISION
```

**KATHY FOUSE,**

       Plaintiff,

  vs.                                **Civil Action 2:04-CV-556**
                                      **Judge Smith**
                                      **Magistrate Judge King**

**JOHN E. POTTER, Postmaster General,**

       Defendant.

## ORDER

The joint stipulation for extension of time, filed as a motion, Doc. No. 14, is hereby **GRANTED.**

The new deadline for discovery is August 29, 2005.

Dispositive motions will be filed by September 30, 2005.

<u>June 30, 2005</u>                                    *s/Norah McCann King*
                                                    Norah McCann King
                                        United States Magistrate Judge