1    I see the reason it won't close is because

2    she had had an accident.

3              I don't know if she hit another

4    car or whatever.  That's when she told me

5    she had hit a pole or something, just

6    brushed a pole.  She hadn't had a car

7    accident with another vehicle or anything.

8    Q.        It wasn't until you actually saw

9    it?

10   A.        The reason why she couldn't

11   close the door.

12   Q.        Now, I am going to show you what

13   has been marked as page 6 of the

14   investigative file.  It says there that

15   for the employees named at the top, that

16   you were the requesting official on one

17   other discipline for an employee that did

18   not report an accident in a timely

19   manner.

20             Do you recall that?

21   A.        Kind of.

22   Q.        Have you ever had to issue

23   discipline to a transitional employee for

24   not reporting an accident?

1    A.          This was two years ago.  I

2    really don't remember.

3    Q.          The right side front,

4    approximately?

5              Let's go to page 45.  It wasn't

6    a door where she was pulling down,

7    according to the report.  The report

8    states, "The right front side of the LLV,

9    approximately."

10   A.          Okay.

11   Q.          It wouldn't be -- according to

12   your statement, it wouldn't be the back

13   door where you pull down.  You stated that

14   she told you she couldn't get the door

15   down.

16   A.          She told me she couldn't shut

17   the door.  I don't know if that means

18   up-down.  She said she could not close it.

19   So up -- to the side --

20   Q.          What did she say to you?

21   A.          She said she could not close the

22   door.  She either said I couldn't close it

23   or I couldn't get it down.  I don't

24   recall; this was two years ago.  I don't

1   it because there had been a collision of
2   some sort.  That's when she told me she
3   brushed up against the pole.
4   Q.        What did you say to her?
5   A.        I don't remember what I said to
6   her.
7   Q.        According to a statement
8   somewhere, it said that you said, Kathy,
9   you have had an accident.
10  A.        Okay.  I mean once I seen it, I
11  probably did say, that's why you can't
12  close it, because you had an accident, not
13  because there is something wrong with it.
14  Q.        What did you do then after you
15  made the statement to her?
16  A.        I probably went back inside and
17  called -- probably tried to call Jeff or
18  Kathy to see --
19  Q.        You didn't do anything before
20  you tried to call them?
21            Did you order her back out to
22  finish her route?
23  A.        No, I didn't order her back out
24  to finish her route.  She volunteered and

1  said, do you want me to finish my

2  deliveries; and I said, yes.  So I gave

3  her the keys to another vehicle, which she

4  did do, which I found out that that was

5  incorrect.

6  Q.        You didn't go to the scene of

7  the accident?

8  A.        Not when she was back, I

9  didn't.  I don't recall if it was the same

10  day or the next day, but either Kathy or

11  Jeff told me to go up there.

12            I don't think they did.  I think

13  I was leaving there on my way home, and I

14  seen it.  I think the next day I might

15  have mentioned to them that I didn't see

16  any damage to the pole or anything.  The

17  pole didn't look damaged, just the LLV.

18  Q.        The next day would have been a

19  Sunday, wouldn't it, according to the

20  dates.

21  A.        Maybe it wasn't the next

22  day.  Maybe it was later that day.

23  Q.        That's when you went out and

24  took pictures and everything?

1    touched.

2    Q.          Everything was touched?

3    A.          I believe so.

4    Q.          What to do in case of safety?

5    A.          Step by step, no.

6    Q.          In case of an accident?

7    A.          Step by step, no.

8    Q.          Just in general?

9    A.          In general, yes.

10   Q.          What to do in case of an

11   accident?

12   A.          Yes.  But I wasn't notified this

13   was an accident, so I wasn't able to do

14   that, which would be to go and get a

15   report, take pictures, call the police.

16   Q.          You just testified that you went

17   out.

18   A.          Afterward.  The proper procedure

19   for an accident is they don't leave the

20   site.  They call their supervisor; and the

21   supervisor comes out to that site and does

22   their procedures, their investigation,

23   taking pictures.  I was not able to do

24   that because I wasn't told that she had an

1   accident. But afterward, yeah, I did go

2   and take pictures so we could have

3   something.

4   Q.          When she came into the station

5   and you went out, according to some

6   statement you made at the arbitration, you

7   said, Kathy, you have had an accident.

8   A.          Right. That's why the door

9   wouldn't shut.

10  Q.          You stated that to her?

11  A.          Right.

12  Q.          Is that what you said?

13  A.          If that's what my statement

14  says, then I did.

15  Q.          Why did you send her back out?

16  A.          I was wrong. I was a supervisor

17  for a couple of weeks and I didn't know. I

18  assumed since it wasn't a vehicle that she

19  hit or a pedestrian, I didn't think that

20  was an accident. But afterward, yes, I

21  learned that is even an accident.

22              Anything that is preventable,

23  they consider an accident; but, yes, I was

24  wrong. I do admit that. I should not

1    have sent her back out.

2    Q.        Well, do you think if you had

3    kept her in the station and wrote up the

4    report on it and, you know, went through

5    the regular procedures, she wouldn't have

6    lost her job?

7              Do you think if you had done

8    that, that would have saved her?

9    A.        No.  I think if she would have

10   reported it, she wouldn't have lost her

11   job.  That's what I think.

12             I think when she called me, if

13   she would have said I had an accident, I

14   hit a pole, then I don't think she would

15   have lost her job.  She didn't do that.

16   Q.        But if she came in with the

17   truck --

18   A.        I don't think so because she is

19   a transitional employee.  You asked me for

20   my opinion.

21             Do I think if I would have sat

22   there and wrote up a report, that she

23   wouldn't have lost her job?  I don't think

24   that would have happened.

CERTIFICATE

1

2      I, Patricia W. White, Court Reporter

3  and Notary Public in and for the State of

4  Ohio, do hereby certify that I reported

5  the foregoing proceedings and that the

6  foregoing transcript of such proceedings

7  is a full, true and correct transcript of

8  my stenotypy notes as so taken.

9      I do further certify that I was

10 called there in the capacity of a Court

11 Reporter, and am not otherwise interested

12 in this proceeding.

13     IN WITNESS WHEREOF, I have hereunto

14 set my hand and affixed my seal of office

15 at Columbus, Ohio, on this 6th day of

16 August, 2002.

17 _____ *Patricia W White*

18 PATRICIA W. WHITE, Notary Public –
   State of Ohio.

19

20 My commission expires May 31, 2007.