
**UNITED STATES POSTAL SERVICE**

July 12, 2000

MEMORANDUM TO:   Kathy Fouse
                           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
                           TE City Carrier/PS-05
                           Columbus, OH 43235-9998

SUBJECT:   NOTICE OF REMOVAL – Unsatisfactory Performance

**SUPVR**

You are hereby notified that you will be removed from the Postal Service thirty (30) days from your receipt of this notice. The reason for this action is:

## UNSATISFACTORY PERFORMANCE

On June 24, 2000 at approximately noon, you called the station, asking if I was still there. Tracy Blackwell answered the phone. Ms. Blackwell stated that I was gone and asked how she could help you. You replied that you were having problems with the door closing on the LLV. You indicated that you were close to the station and would drive over. Ms. Blackwell told you that would be fine. When you arrived at the station you had Ms. Blackwell come out to see the problem with the LLV. It was immediately apparent that the LLV had struck another object. Ms. Blackwell stated that this was not just a stuck door, but an accident. Since you did not notify anyone of the accident, proper authorities were not called and an investigation of the scene was not completed. Pictures were immediately taken of the LLV and later, pictures were taken at the scene. When asked to explain what happened, you stated that as you were making a delivery at Action Rental, the rear tires of the LLV slid in some gravel and you struck a pole.

You have been instructed in the past, through training and numerous safety talks, concerning the proper procedures for reporting motor vehicle accidents. Section 814.2 of the Employee and Labor Relations Manual states, "It is the responsibility of all employees to immediately report any accident or injury in which they are involved to their supervisors." Your failure to report the accident could have resulted in injury to yourself and increased liability for the Postal Service. Your actions cannot be condoned. Therefore, you are charged with Unsatisfactory Performance/Unsafe Act. Further instances of this nature will not be tolerated.

You have the right to file a grievance under the Grievance/Arbitration procedures set forth in Article 15 of the National Agreement within fourteen (14) days of your receipt of this notice. Please be advised that if you are in a non-pay status for more than six (6) months, and you return to a pay status and no outside employment was obtained, you must make a statement giving the reasons why outside employment was not obtained and furnish a resume of your efforts to secure other employment during the back pay period.

ISSUING AUTHORITY: _[signature]_
Jeff Eesley
A/Supervisor, Customer Services
Date: 7-14-00

CONCURRING AUTHORITY: _[signature]_
John Barker
Manager, Customer Service Operations
Date: 7-13-00

DELIVERED BY: _[signature]_ DATE: 7-14-00

RECEIVED BY: _Kathy C. Fouse_ DATE: 7-14-00

EXHIBIT 10, pg 1 of 4

EXHIBIT 2

43