A1354   SAFETY AND HEALTH   M5497
DISPLAY EMPLOYEE ACCIDENT HISTORY

EMPLOYEE: Taber

C900106 NO HISTORY CURRENTLY ON FILE FOR EMPLOYEE

EXHIBIT 15

EXHIBIT 3

72